| Information to identify the case: | | | |
|---|---|---|---|
| **Debtor 1:** | Jeffry Stephen Dobrow<br>First Name   Middle Name   Last Name | Social Security number or ITIN: | xxx–xx–3360 |
| | | EIN: | _ _ – _ _ _ _ _ _ _ |
| **Debtor 2:**<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN:<br>EIN: | _ _ _ _<br>_ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court: | Western District of Virginia | Date case filed in chapter: | 13    4/2/20 |
| Case number: | 20–50308 | Date case converted to chapter: | 7    9/8/21 |

## Official Form 309A (For Individuals or Joint Debtors)
### Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline        10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Jeffry Stephen Dobrow | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 2056 Cutbank Lane<br>Elkton, VA 22827 | |
| 4. | **Debtor's attorney**<br>Name and address | Marshall Moore Slayton Esq<br>Slayton Law, PLC<br>913 East Jefferson Street<br>Charlottesville, VA 22902 | Contact phone 434–979–7900<br><br>Email:  jerry@marshallslayton.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Andrew S Goldstein(68)<br>PO Box 404<br>Roanoke, VA 24003–0404 | Contact phone 540–343–9800<br><br>Email:  agoldstein@mglspc.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**        page **1**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | Harrisonburg Division<br>116 N Main St, Room 223<br>Harrisonburg, VA 22802 | Hours open:<br>8:00 a.m. – 4:30 p.m.<br><br>Contact phone 540–434–8327<br><br>Date: 9/8/21 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **October 25, 2021 at 09:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**See attached list for meeting participation details.** |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 12/27/21** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

| Bridge Line | Chapter | Trustee | Instructions | Meeting Contact | Meeting Code |
|---|---|---|---|---|---|
| | | | | | |
| | 13 | Beskin | Zoom | Zoom ID: 852 568 9053 | Password: 341meeting |
| | 13 | Micale | Zoom | Zoom ID: 603 226 2142 | Password: 341meeting |
| 3 | 7 | Callahan | By Telephone | 877–934–5491 | 9319497# |
| 4 | 7 | Farthing | By Telephone | 877–953–6090 | 8983497# |
| 5 | 7 | Goldstein | By Telephone | 877–492–0156 | 7313672# |
| 6 | 7 | Higgs | By Telephone | 877–960–3871 | 4647388# |
| 7 | 7 | Hutman | By Telephone | 866–527–4091 | 8515643# |
| 9 | 7 | Scott | By Telephone | 877–491–5685 | 9012607# |
| 10 | 7 | Stevens | By Telephone | 877–953–5197 | 7811951# |
| 11 | 7 | Vogel | By Telephone | 877–953–5927 | 9995849# |
| 1 | | UST Roanoke Office | By Telephone | 877–451–9313 | 9499523# |

**Zoom Instructions:**

Five minutes before the scheduled time, go to: **zoom.us/join** and enter the Zoom ID and password listed next to the presiding trustee. Mute your mic until your case is called. Participants not able to log in may call **1–301–715–8592** and enter the Zoom ID and password listed next to the presiding trustee. Place your phone on mute until your case is called.

**Telephonic Instructions:**

Five minutes before the scheduled time, dial the call–in number and enter the passcode listed next to the presiding trustee. Place your phone on mute until your case is called.

United States Bankruptcy Court

Western District of Virginia

In re: Case No. 20-50308-rbc

Jeffry Stephen Dobrow  Chapter 7

Debtor

# CERTIFICATE OF NOTICE

District/off: 0423-5 User: admin Page 1 of 3
Date Rcvd: Sep 08, 2021 Form ID: 309A Total Noticed: 47

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 10, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jeffry Stephen Dobrow, 2056 Cutbank Lane, Elkton, VA 22827-3832 |
| aty | + | Dorothy Carol Sasser, Samuel I, White PC, 596 Lynnhaven Parkway, Ste 200, Virginia Beach, VA 23452-7371 |
| aty | + | Jerry E. Fennell, Jr., Slayton Law, PLC, 913 East Jefferson Street, Charlottesville, VA 22902-5355 |
| aty | + | Johnie Rush Muncy, Samuel I. White, P.C., 1804 Staples Mill Road, Suite 200, Richmond, VA 23230-3530 |
| aty | + | Nisha Ryan Patel, Dunlap Law, PLC, 211 Rocketts Way, Suite 100, Henrico, VA 23231-3069 |
| tr | | Andrew S Goldstein(68), PO Box 404, Roanoke, VA 24003-0404 |
| tr | + | Herbert L Beskin(82), Chapter 13 Trusteeship, 123 East Main St., Ste. 310, Charlottesville, VA 22902-6800 |
| cr | + | Bank of America, N.A., 1804 Staples Mill Road, Suite 200, RICHMOND, VA 23230-3530 |
| 4917873 | + | BMC Property Management, 400 Locust Avenue #3, Charlottesville, VA 22902-4858 |
| 4897499 | + | Bank of America, N.A., c/o Samuel I. White, P.C., 1804 Staples Mill Road, Suite 200, Richmond, VA 23230-3530 |
| 4896137 | + | C-Ville Business Park LLC, 224 14th Street NW, Charlottesville, VA 22903-2768 |
| 4905936 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L, 6409 Congress Avenue, suite 100, Boca Raton, FL 33487-2853 |
| 4896148 | | Laboratory Corporation of America, P.O. Box 2240, Burlington, NC 27216-2240 |
| 4896149 | + | Lee Dearing Home Improvements, 124 North Street, Elkton, VA 22827-1473 |
| 4896151 | + | MRS Associates, 1930 Olney Ave, Cherry Hill, NJ 08003-2016 |
| 4896150 | + | Monarch Recovery Management, Inc., 3260 Tillman Drive, Ste 75, Bensalem, PA 19020-2059 |
| 4896154 | + | Schrier, Tolin & Wagman, LLC, 1390 Piccard Drive, Ste 315, Rockville, MD 20850-6539 |
| 4896156 | | Smith Debnam, PO Box 176010, Raleigh, NC 27619-6010 |
| 4907889 | + | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | EDI: BHWHUTMAN.COM | Sep 09 2021 00:58:00 | Hannah White Hutman, Hoover Penrod, PLC, 342 South Main Street, Harrisonburg, VA 22801-3628 |
| aty | | Email/Text: jerry@marshallslayton.com | Sep 08 2021 20:48:00 | Marshall Moore Slayton, Esq, Slayton Law, PLC, 913 East Jefferson Street, Charlottesville, VA 22902 |
| ust | + | Email/Text: ustpregion04.rn.ecf@usdoj.gov | Sep 08 2021 20:48:00 | USTrustee, Office of the United States Trustee, 210 First Street, Suite 505, Roanoke, VA 24011-1620 |
| 4910220 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 08 2021 21:01:56 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 4896136 | + | EDI: BANKAMER.COM | Sep 09 2021 00:48:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 4896141 | | EDI: CITICORP.COM | Sep 09 2021 00:48:00 | Citibank SD, NA, Attn: Centralized Bankruptcy, PO Box 20507, Kansas City, MO 64195 |
| 4896138 | + | Email/Text: bankruptcy@cavps.com | Sep 08 2021 20:48:00 | Cavalry Portfolio Services, 500 Summit Lake, Suite 400, Valhalla, NY 10595-2322 |
| 4911368 | + | Email/Text: bankruptcy@cavps.com | Sep 08 2021 20:48:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |

Case 20-50308    Doc 75    Filed 09/10/21    Entered 09/11/21 00:38:27    Desc Imaged
Certificate of Notice    Page 5 of 6

| District/off: 0423-5 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 08, 2021 | Form ID: 309A | Total Noticed: 47 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 4896140 | + | EDI: CITICORP.COM | Sep 09 2021 00:48:00 | Citibank, Attn: Centralized Bk dept, PO Box 790034, St Louis, MO 63179-0034 |
| 4917874 | + | EDI: CITICORP.COM | Sep 09 2021 00:48:00 | Citibank (South Dakota), N.A., Attn: Michael Corbat, CEO, 5800 S. Corporate Place, Sioux Falls, SD 57108-5027 |
| 4915175 | | EDI: CITICORP.COM | Sep 09 2021 00:48:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 4896142 | + | EDI: CITICORP.COM | Sep 09 2021 00:48:00 | Citibank/Best Buy, Attn: Centralized Bk dept, PO Box 790034, St Louis, MO 63179-0034 |
| 4896143 | + | EDI: WFNNB.COM | Sep 09 2021 00:48:00 | Comenity Bank, Attention: Bankruptcy, PO Box 182686, Columbus, OH 43218-2686 |
| 4899337 | + | EDI: DISCOVER.COM | Sep 09 2021 00:48:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 4896144 | + | EDI: DISCOVER.COM | Sep 09 2021 00:48:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 4896145 | + | Email/Text: bankruptcy@affglo.com | Sep 08 2021 20:48:00 | Global Credit & Collection Corp, 5440 N Cumberland Ave, Ste 300, Chicago, IL 60656-1486 |
| 4896146 | | EDI: IRS.COM | Sep 09 2021 00:48:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 4896147 | + | Email/Text: betty@jlwalston.com | Sep 08 2021 20:48:00 | J. L. Walston & Associates, Attn: Bankruptcy, 326 S. Main Street, Emporium, VA 23847-2028 |
| 4896139 | | EDI: JPMORGANCHASE | Sep 09 2021 00:48:00 | Chase Card Services, Attn: Bankruptcy, PO Box 15298, Wilmington, DE 19850 |
| 4896152 | | Email/Text: NCI_bankonotify@ncirm.com | Sep 08 2021 20:48:00 | Nationwide Credit, Inc., PO Box 14581, Des Moines, IA 50306-3581 |
| 4896153 | | EDI: PRA.COM | Sep 09 2021 00:48:00 | Portfolio Recovery, Attn: Bankruptcy, PO Box 41067, Norfolk, VA 23541 |
| 4906419 | | EDI: PRA.COM | Sep 09 2021 00:48:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 4896155 | + | Email/Text: BCCCSUBANKRUPTCYEMAIL@sentara.com | Sep 08 2021 20:48:00 | Sentara Collections, 535 Independence Pkwy, Ste 700, Chesapeake, VA 23320-5192 |
| 4896157 | + | EDI: RMSC.COM | Sep 09 2021 00:48:00 | Synchrony Bank/Amazon, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 4896158 | + | EDI: RMSC.COM | Sep 09 2021 00:48:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 4896159 | | EDI: TFSR.COM | Sep 09 2021 00:48:00 | Toyota Financial Services, Attn: Bankruptcy, PO Box 8026, Cedar Rapids, IA 52409 |
| 4896161 | | Email/Text: bkr@taxva.com | Sep 08 2021 20:48:00 | Virginia Department of Taxation, Office of Compliance, PO Box 1880, Richmond, VA 23218-1880 |
| 4896160 | + | Email/Text: bkr@taxva.com | Sep 08 2021 20:48:00 | Virginia Department of Taxation, Taxing Authority Consulting Svcs PC, PO Box 2156, Richmond, VA 23218-2156 |

TOTAL: 28

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | BANK OF AMERICA, N.A. |
| 4907890 | *+ | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

| District/off: 0423-5 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Sep 08, 2021 | Form ID: 309A | Total Noticed: 47 |

4907891        *+        Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 10, 2021            Signature:            /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 8, 2021 at the address(es) listed below:**

**Name**               **Email Address**

Andrew S Goldstein(68)
  agoldstein@mglspc.com  va34@ecfcbis.com

Dorothy Carol Sasser
  on behalf of Creditor BANK OF AMERICA  N.A. dsasser@siwpc.com,
  ewhite@siwpc.com;jmuncy@siwpc.com;bkreferrals@siwpc.com;siwbkecf@siwpc.com;siwpc@ecf.courtdrive.com;siwattecf@siwpc.com

Herbert L Beskin(82)
  hbeskin@cvillech13.net  bss@cvillech13.net

Jerry E. Fennell, Jr.
  on behalf of Debtor Jeffry Stephen Dobrow jerry@marshallslayton.com
  fennelljr44646@notify.bestcase.com;jennifer@marshallslayton.com;jen@marshallslayton.com;carlos@marshallslayton.com;marshall@marshallslayton.com;jessica@marshallslayton.com;jen@marshallslayton.com

Johnie Rush Muncy
  on behalf of Creditor BANK OF AMERICA  N.A. jmuncy@siwpc.com,
  dsasser@siwpc.com;ewhite@siwpc.com;bkreferrals@siwpc.com;siwbkecf@siwpc.com;siwpc@ecf.courtdrive.com;siwattecf@siwpc.com

Marshall Moore Slayton, Esq
  on behalf of Debtor Jeffry Stephen Dobrow jerry@marshallslayton.com
  bbrs.bestcase@gmail.com;jessica@marshallslayton.com;r44646@notify.bestcase.com;jennifer@marshallslayton.com;jen@marshallslayton.com;stephania@marshallslayton.com;carlos@marshallslayton.com;ms@marshallslayton.com

USTrustee
  USTPRegion04.RN.ECF@usdoj.gov

TOTAL: 7